Sarah Whitlock, Plaintiff-Appellant, v. Chicago Transit Authority, a Municipal Corporation, and Abraham Scarborough, Defendants-Appellees.

Gen. No. 47,918.

First District, Second Division.

July 26, 1960.

O'Brien and Boyle, of Chicago, for appellant; William J. Lynch, William S. Allen, Michael A. Gerrard, and Jerome F. Dixon, all of Chicago, for appellees. Opinion by JUSTICE FRIEND. **Not to be published in full.**